$150.00

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

John Rafferty
109 Wooded Acres Lane
Downington, Pennsylvania 19335
*Plaintiff,*

v.

Paige Harden
155 Field Point Road
Greenwich, CT 06830

and

Augustus H. Denis
1138 Third Street
New Orleans, LA 70130-5631
*Defendant.*

:
:
:
:
:   NO.   04cv1931
:
:
:   FILED
:
:   MAY - 3 2004
:   MICHAEL E. KUNZ, Clerk
    By _____ Dep Clerk

MAGISTRATE JUDGE Bowler

FILED
Clerk's Office
USDC/Mass
Date 11/4/04
By _____
Deputy Clerk

04 - 12456 PBS

<u>COMPLAINT IN CIVIL ACTION</u>

Bernhardt & Rothermel, P.C.
1515 Market Street • Suite 1540
Philadelphia, Pennsylvania 19102
(215) 568-0100

Plaintiff, John Rafferty, brings this personal injury action for injuries and damages suffered from an automobile accident which occurred on May 4, 2002 at Greycliff Hall, 2051 Commonwealth Avenue, Brighton, Massachusetts. The action is brought pursuant to this Court's diversity jurisdiction, 28 U.S.C. § 1332(a)(1), and is an Arbitration Matter in that the damages do not exceed $150,000. For his Complaint, plaintiff alleges as follows:

### The Parties

1.    Plaintiff, John Rafferty, is an adult individual residing at 109 Wooded Acres Lane, Downington, Pennsylvania 19335.

2.    Defendant, Paige Harden, is an adult individual, citizen and resident of the City of Greenwich, State of Connecticut, and/or possibly a citizen and resident of City of New Orleans, District of Louisiana, and/or possibly a citizen and resident of the City of Brighton, Commonwealth of Massachusetts, residing at the above address.

3.    Defendant, Augustus H. Denis, is an adult individual, citizen and resident of the City of New Orleans, District of Louisiana residing at the above address.

4.    On May 4, 2002, plaintiff, John Rafferty, was a pedestrian who was struck by a vehicle driven by defendant, Paige Harden.

5.    On May 4, 2002, defendant, Paige Harden, did own, operate, possess and control a certain 2000 Volkswagen Jetta vehicle which was involved in the accident herein.

6.    On May 4, 2002, it is further believed and averred that Augustus H. Denis negligently entrusted the vehicle on the date in question.

COUNT I
JOHN RAFFERTY
v.
PAIGE HARDEN

7.    Plaintiff, John Rafferty, hereby incorporates the averments of paragraphs one (1) through six (6) as though the same were more fully set forth at length.

8.    On May 4, 2002, John Rafferty was a passenger on a bus owned and operated by Boston College University.   Mr. Rafferty had just exited the bus at Greycliff Hall, 2051 Commonwealth Avenue, and while he was crossing the street in a prominently marked crosswalk, was violently struck by the motor vehicle operated by Defendant, Paige Harden.    As a result of said collision, plaintiff, John Rafferty, sustained serious and permanent personal injuries, a serious impairment of a bodily function hereinafter more specifically set forth.

9.    At the time and place aforesaid, the carelessness, recklessness and negligence of the defendant consisted of the following:

(a) Operating the said motor vehicle at a rate of speed which was high and dangerous under the circumstances;

(b) Failing to have said motor vehicle under proper and adequate control;

Bernhardt & Rothermel, P.C.
1515 Market Street • Suite 1540
Philadelphia, Pennsylvania 19102
(215) 568-0100

(c) Failing to give proper and sufficient notice of its approach;

(d) Failing to exercise due care and caution under the circumstances;

(e) Operating the said motor vehicle without due regard for the rights, safety and position of the plaintiff;

(f) Failing to keep a proper lookout under the circumstances;

(g) Violating the various Ordinances and Laws of the City of Boston, and the Statutes of the Commonwealth of Massachusetts pertaining to the operation and control of motor vehicles, specifically Massachusetts General Laws Chapter 89, Section 11;

(h) Violating the Assured Clear Distance Rule;

10.    As a direct result of the carelessness, recklessness and negligence of the defendant as aforesaid, plaintiff, John Rafferty, sustained severe and permanent internal and external injuries in and about the head, body and limbs, and a severe and permanent shock to plaintiff's nerves and nervous system, as well as severe damages to his nerves and nervous system and other various ills and injuries as well as other serious orthopedic and neurological injuries, the full extent are not yet known, all of which have caused him and will continue to cause him great pain and agony, and have prevented him and will continue to prevent him in the future from attending to his daily duties, activities and occupation, all to plaintiff's great financial damage and loss.

11.    Plaintiff, John Rafferty, avers that as a direct result of the carelessness, recklessness and negligence of the defendant as aforesaid, he has sustained injuries, as a result of which, he has been required and obliged to receive and undergo medical attention and care, and will incur various medical expenses, to which plaintiff is entitled to recover.

Bernhardt & Rothermel, P.C.
1515 Market Street • Suite 1540
Philadelphia, Pennsylvania 19102
(215) 568-0100

12.    As a result of the accident aforesaid, plaintiff, John Rafferty, has and will hereinafter incur additional financial expenses or losses, which will exceed amounts which plaintiff may otherwise be entitled to recover under the Pennsylvania Financial Responsibility Act.

13.    As a direct result of the accident, plaintiff, John Rafferty, has and may suffer a severe loss of earnings and/or impairment of his earning capacity and power, which such loss of income and/or impairment of her earning capacity and power has or may exceed the sum recoverable under the limitations of the Pennsylvania Financial Responsibility Act.

WHEREFORE, plaintiff, John Rafferty, demands judgment against the defendant, Paige Harden, in an amount not in excess of One Hundred Fifty Thousand Dollars ($150,000.00), plus interest and costs.

Respectfully submitted,

BERNHARDT & ROTHERMEL, P.C.

By: _____
Francis J. Bernhardt, III, Esquire
Attorney for Plaintiff

Bernhardt & Rothermel, P.C.
1515 Market Street • Suite 1540
Philadelphia, Pennsylvania 19102
(215) 568-0100

## VERIFICATION

The undersigned, having read the attached pleading/filing, verifies that the pleading/filing is based on information furnished to counsel, which information has been gathered by counsel in the course of this lawsuit. The language of the pleading/filing is that of counsel and not of signer. Signer verifies that he/she has read the within pleading/filing and that it is true and correct to the best of the signer's knowledge, information and belief. To the extent that the contents of the pleading/filing are that of counsel, verifier has relied upon counsel in taking this Verification.

This Verification is made subject to the penalties of 18 Pa.C.S. § 4904 relating to unsworn falsification to authorities.

X _John Rafferty_

JS 44   (Rev. 3/99)

## CIVIL COVER SHEET

04cv1931

J-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

### I. (a) PLAINTIFFS

John Rafferty
109 Wooded Acres Lane
Downingtown, PA 19335

(b) County of Residence of First Listed Plaintiff    Chester
(EXCEPT IN U.S. PLAINTIFF CASES)

### DEFENDANTS

Paige Harden
and
Augustus H. Denis

County of Residence of First Listed    Fairfield
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)

Francis J. Bernhardt, III, Esquire
Bernhardt & Rothermel, P.C.
1515 Market Street, Suite 1540
Philadelphia, PA 19102

Attorneys (If Known)

Unknown   04   456 PBS

### II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1  U.S. Government
Plaintiff

☐ 2  U.S. Government
Defendant

☐ 3  Federal Question
(U.S. Government Not a Party)

☐ 4  Diversity
(Indicate Citizenship of Parties
in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholders' Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers' Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☒ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury | **PERSONAL INJURY**<br>☐ 362 Personal Injury— Med. Malpractice<br>☐ 365 Personal Injury— Product Liability<br>☐ 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | ☐ 610 Agriculture<br>☐ 620 Other Food & Drug<br>☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 630 Liquor Laws<br>☐ 640 R.R. & Truck<br>☐ 650 Airline Regs.<br>☐ 660 Occupational Safety/Health<br>☐ 690 Other | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br>**PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark | ☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce/ICC Rates/etc.<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and Corrupt Organizations<br>☐ 810 Selective Service<br>☐ 850 Securities/Commodities/ Exchange<br>☐ 875 Customer Challenge 12 USC 3410 |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | **LABOR** | **SOCIAL SECURITY** | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | ☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing/ Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights | ☐ 510 Motions to Vacate Sentence<br>**Habeas Corpus:**<br>☐ 530 General<br>☐ 535 Death Penalty<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition | ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Railway Labor Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g))<br>**FEDERAL TAX SUITS**<br>☐ 870 Taxes (U.S. Plaintiff or Defendant)<br>☐ 871 IRS—Third Party 26 USC 7609 | ☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 895 Freedom of Information Act<br>☐ 900 Appeal of Fee Determination Under Equal Access to Justice<br>☐ 950 Constitutionality of State Statutes<br>☐ 890 Other Statutory Actions |

### V. ORIGIN  (PLACE AN "X" IN ONE BOX ONLY)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

### VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and write brief statement of cause.
Do not cite jurisdictional statutes unless diversity.)

### VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes  ☐ No

### VIII. RELATED CASE(S) IF ANY
(See instructions):

JUDGE

DOCKET NUMBER

DATE
5/3/2004

SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY

RECEIPT #_____  AMOUNT_____  APPLYING IFP_____  JUDGE_____  MAG. JUDGE_____



/16ᴺ

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

John Rafferty
*Plaintiff,*

v.

Paige Harden and Augustus H. Denis
*Defendants.*

**FILED**

AUG 25 2004

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

Civil Action No.  04-1931

CERTIFICATE OF SERVICE

On May 10, 2004, this office forwarded, via Certified (7003 2260 0007 6532 0238) and First Class Mail, a true and correct copy of the Notice of Lawsuit and Request for Waiver of Summons to Defendant, Augustus H. Denis at 1138 Third Street, New Orleans, LA 70130-5631.

The certified envelope came back marked that the Defendant had moved and gave his new address of:   718 Barracks Street, Apartment 1, New Orleans, LA 70116.

On **August 16, 2004**, via Certified (7003 3110 0000 0577 3964) and First Class Mail, a true and correct copy of the Notice of Lawsuit and Request for Waiver of Summons was again forwarded to Defendant, Augustus H. Denis.   Neither the green certified card nor the regular envelope came back to our office.

Respectfully submitted,

BERNHARDT & ROTHERMEL, P.C.

Dated:     August 24, 2004

By:_____
Francis J. Bernhardt, III, Esquire
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

John Rafferty
    *Plaintiff,*

v.

Paige Harden and Augustus H. Denis
    *Defendants.*

**FILED**
AUG 2 5 2004
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

Civil Action No. 04-1931

CERTIFICATE OF SERVICE


On May 10, 2004, this office forwarded, via Certified (7003 2260 0007 6532 0221) and First Class Mail, a true and correct copy of the Notice of Lawsuit and Request for Waiver of Summons to Defendant, Paige Harden at 155 Field Point Road, Greenwich, CT 066830.

The certified envelope came back marked Refused, that the Defendant no longer lived at the address.  On May 14, 2004, this office received a telephone call from a gentleman who introduced himself as Russell Harden, father of defendant, Paige Harden. Mr. Harden advised this office of his daughter's address of:   344 St. Joseph Street, Apartment 320, New Orleans, LA 70130.

On **June 14, 2004**, via Certified (7003 1010 0001 7889 9031) and First Class Mail, a true and correct copy of the Notice of Lawsuit and Request for Waiver of Summons was again forwarded to Defendant, Paige Harden at the **344 St. Joseph Street, Apartment 320, New Orleans, LA 70130** address.    A copy of the signed return receipt card is attached hereto and marked as Exhibit A.

Respectfully submitted,

BERNHARDT & ROTHERMEL, P.C.

Dated:    August 24, 2004

By:_____
Francis J. Bernhardt, III, Esquire
Attorney for Plaintiff

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ms. Paige Harden
344 St. Joseph Street
Apt. 320
New Orleans, LA 70130

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery

D. Is delivery address different from Item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   7003 1010 0001 7889 9031   9051

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

*ECF*
*DOCUMENT*

I hereby attest and certify that this is a printed copy of a
document which was electronically filed with the United States
District Court for the Eastern District of Pennsylvania

Date Filed 11/13/04

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____, Deputy Clerk

JOHN RAFFERTY

v.                                          NO. CV-04-1931

PAIGE HARDEN and AUGUSTUS H. DENIS

## ENTRY OF APPEARANCE

TO THE PROTHONOTARY:

Kindly enter my appearance on behalf of Defendants, Paige Harden and Augustus H. Denis,

only, in the above-captioned matter.

### LAW OFFICES OF GREGORY J. SUTTON

**Kevin M. Geary**
Digitally signed
by Kevin M. Geary
DN: cn=Kevin M.
Geary, c=US
Date: 2004.10.13
14:54:18 -04'00'

By: Validity
unknown
_____
Kevin M. Geary
Attorney for Defendants,
Paige Harden and Augustus H. Denis

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN RAFFERTY | NO. CV-04-1931 |
| v. | |
| PAIGE HARDEN and AUGUSTUS H. DENIS | |

## JURY DEMAND

TO THE PROTHONOTARY:

Defendants, Paige Harden and Augustus H. Denis, hereby demand a trial by jury consisting

of twelve (12) jurors.

**LAW OFFICES OF GREGORY J. SUTTON**

By: _Kevin M. Geary_ Digitally signed by
Kevin M. Geary
DN: cn=Kevin M.
Geary, c=US
Date: 2004.10.13
14:54:47 -04'00'

Kevin M. Geary
Attorney for Defendants,
Paige Harden and Augustus H. Denis

**LAW OFFICES OF GREGORY J. SUTTON**
By: Kevin M. Geary, Esquire
Attorney Identification No. 67361
Two Penn Center Plaza – Suite 200
Philadelphia, PA 19102
(215) 569-2282
Attorney for Defendants, Paige Harden and Augustus H. Denis

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

JOHN RAFFERTY

v.                                                    CIVIL ACTION

PAIGE HARDEN and AUGUSTUS H. DENIS

NO. CV-04-1931

04 - 12456 PBS

**STIPULATION TO TRANSFER VENUE**

It is hereby STIPULATED by and between the undersigned counsel for the parties that

the above captioned matter shall be transferred to the United States District Court, District of

Massachusetts, upon payment of your costs only.

**LAW OFFICES OF GREGORY J. SUTTON**

By: _____
Kevin M. Geary
Attorney for Defendants,
Paige Harden and Augustus H. Denis

**BERNHARDT AND ROTHERMEL**

By: _____
Francis J. Bernhardt, III
Attorney for Plaintiff,
John Rafferty

2:04-cv-01931-TON

FRANCIS   BERNHARDT                                    FAX 215-569-0853
BERNHARDT & ROTHERMEL, P.C.
1515 MARKET STREET
SUITE 1540
PHILA  PA  19102-1915

************** –COMM. JT   3L– **************** DATE NOV–17–2004   * TIME 14:16 ********

MODE = MEMORY TRANSMISSION          START=NOV–17 14:15    END=NOV–17 14:16

FILE NO.=244

| STN NO. | COMM. | ABBR NO. | STATION NAME/TEL. NO. | PAGES | DURATION |
|---------|-------|----------|------------------------|-------|----------|
| 001 | OK | * | 92155690853 | 002/002 | 00:00:36 |

–US DISTRICT COURT EDPA   –

*********************************** –CLERK'S OFFICE  – ***** –          – ********

2:04-cv-01931-TON

FRANCIS  BERNHARDT                    FAX 215-569-0853
BERNHARDT & ROTHERMEL, P.C.
1515 MARKET STREET
SUITE 1540
PHILA PA 19102-1915

ARBITRATION, ELARB

# United States District Court
# Eastern District of Pennsylvania (Philadelphia)
# CIVIL DOCKET FOR CASE #: 2:04-cv-01931-TON
### Internal Use Only

04-12456 PBS

| | |
|---|---|
| RAFFERTY v. HARDEN et al | Date Filed: 05/03/2004 |
| Assigned to: HONORABLE THOMAS N. ONEILL, JR | Jury Demand: Defendant |
| Cause: 28:1332 Diversity-Personal Injury | Nature of Suit: 350 Motor Vehicle |
| | Jurisdiction: Diversity |

**Plaintiff**

**JOHN RAFFERTY**        represented by **FRANCIS BERNHARDT**
BERNHARDT &
ROTHERMEL, P.C.
1515 MARKET STREET
SUITE 1540
PHILA, PA 19102-1915
FAX 215-569-0853
Fax: FAX 215-569-0853
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

V.

**Defendant**

**PAIGE HARDEN**        represented by **KEVIN M. GEARY**
LAW OFFICES OF
GREGORY J. SUTTON

11/17/04

J. Forsla

11/17/2004 2:43 PM

United States District Court Eastern Dis'···:t of Pennsylv...    https://ecf.paed.cir    lcn/cgi-bin/DktRpt.pl?107806972...

TWO PENN CENTER
PLAZA
SUITE 200
PHILADELPHIA, PA
19102
215-569-2282
Email:
kevin.geary@usaa.com
*ATTORNEY TO BE
NOTICED*

**Defendant**

**AUGUSTUS H. DENIS**    represented by  **KEVIN M. GEARY**
(See above for address)
*ATTORNEY TO BE
NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/03/2004 | ●1 | COMPLAINT against AUGUSTUS H. DENIS, PAIGE HARDEN ( Filing fee $ 150 receipt number 904569.), filed by JOHN RAFFERTY.(ti, ) (Entered: 05/04/2004) |
| 05/03/2004 | ● | Two Original Summons Issued as to AUGUSTUS H. DENIS, PAIGE HARDEN. Given To: Counsel on 5/4/04 (ti, ) Modified on 5/4/2004 (ti, ). (Entered: 05/04/2004) |
| 05/03/2004 | | ***Set/Clear Flags Set Flag Arbitration Case Management Track (ti, ) (Entered: 05/04/2004) |
| 05/03/2004 | ● | Case Eligible for Arbitration(ti, ) (Entered: 05/04/2004) |

| | | |
|---|---|---|
| 08/25/2004 | ●2 | CERTIFICATE OF SERVICE by JOHN RAFFERTY re: served by certified and first class mail, copy of the notice of lawsuit and request for waiver of summons to AUGUSTUS H. DENIS, ON 8/16/04 (GREEN CARD NOT ATTACHED) (ph, ) Additional attachment(s) added on 9/28/2004 (mar, ). (Entered: 08/26/2004) |
| 08/25/2004 | ●3 | CERTIFICATE OF SERVICE by JOHN RAFFERTY RE: served by certified and first class mail copy of notice of lawsuit and request for waiver of summons upon PAIGE HARDEN no date given - (copy of green card attached) (ph, ) Additional attachment(s) added on 9/28/2004 (mar, ). (Entered: 08/26/2004) |
| 10/13/2004 | ●4 | NOTICE of Appearance by KEVIN M. GEARY on behalf of AUGUSTUS H. DENIS, PAIGE HARDEN with Jury Demand (GEARY, KEVIN) (Entered: 10/13/2004) |
| 11/17/2004 | ●5 | STIPULATION AND ORDER THAT THE MATTERE SHALL BE TRANSFERRED TO THE UNITED STATES DISTRICT COURT, DISTRICT OF MASSACHUSETTS. ( SIGNED BY JUDGE THOMAS N. ONEILL JR. ON 11/17/04. ) 11/17/04 ENTERED AND COPIES MAILED AND FAXED.(gn, ) (Entered: 11/17/2004) |
| 11/17/2004 | | ***Deadlines terminated., ***Documents terminated: [1] Complaint filed by JOHN RAFFERTY,, 4 Notice of Appearance filed by PAIGE HARDEN,, AUGUSTUS H. DENIS,, [5] Stipulation and Order, Summons Issued, |

| | | |
|---|---|---|
| | | Case Eligible for Arbitration, <u>2</u> Certificate of Service, filed by JOHN RAFFERTY,, <u>3</u> Certificate of Service, filed by JOHN RAFFERTY,. (gn, ) (Entered: 11/17/2004) |
| 11/17/2004 | ◑ | Original record together with certified copy of docket entries forwarded to District of Massachusetts. (gn, ) (Entered: 11/17/2004) |