UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOHN RAFFERTY       )
     Plaintiff         )
                     )
v.                 )     Civil Action No.: 04CV12456-PBS
                     )
PAIGE HARDEN and   )
AUGUSTUS H. DENIS  )
     Defendants     )

**DEFENDANTS' ANSWER AND JURY CLAIM**

1.     The Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph 1.

2.     Defendants admit the allegations of paragraph 2.

3.     Defendants admit the allegations of paragraph 3.

4.     Defendants admit the allegations of paragraph 4.

5.     Defendants admit the allegations of paragraph 5.

6.     The Defendants deny the allegations of paragraph 6.

**COUNT I**

7.     The Defendants repeat their responses to paragraphs 1 through 6 as if set forth in full herein.

8.     Defendants are without sufficient information so as to be able to admit or deny the allegations of the first two sentences of Paragraph 8.  Defendants deny the remaining allegations of Paragraph 8.

9.     The Defendants deny the allegations of paragraph 9.

10.    The Defendants deny the allegations of paragraph 10.

11.    The Defendants deny the allegations of paragraph 11.

12.    The Defendants deny the allegations of paragraph 12.

13.     The Defendants deny the allegations of paragraph 13.

## OTHER DEFENSES

1.     The Defendants say that if it shall be found that the Defendants were negligent, the Plaintiff was also negligent in a degree greater than the Defendants.

2.     The Defendants say that if it shall be found that the Defendants were negligent, the Plaintiff was also negligent, wherefore, the Defendants are not liable for all of the Plaintiff's claims against the Defendants.

## JURY CLAIM

The defendants claim trial by jury.

Defendants
By their attorneys,

_____
Ronald E. Harding, BBO# 221340
Elizabeth A. Shaw, BBO#655183
Weston, Patrick Willard & Redding
84 State Street
Boston, MA 02109
(617) 742-9310

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 12-10-04