UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOHN RAFFERTY | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No.: 04CV12456-PBS |
| | ) | |
| PAIGE HARDEN and | ) | |
| AUGUSTUS H. DENIS | ) | |
| Defendants | ) | |

## WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

NOW COME the Law Offices of Gregory J. Sutton who withdraw their appearance for the defendants in the above matter.

Successor counsel in Massachusetts has appeared and answered for these defendants.

Law Offices of Gregory D. Sutton
By: Kevin M. Geary

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the
above document was served upon the
attorney of record for each other party
by mail-hand on  12-15-04

Kevin M. Geary, #KG8578
Law Offices of Gregory J. Sutton, Esq.
Two Penn Center Plaza, Suite 200
Philadelphia, PA 19102-1706
(215) 569-2282