UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

John Rafferty

*Plaintiff,*

v.

Paige Harden
and
Augustus Denis

*Defendant.*

NO. 04-12456-PBS

---

## WITHDRAWAL OF APPEARANCE

TO THE PROTHONOTARY:

Kindly withdraw my appearance on behalf of the Plaintiff in the above matter.

Respectfully submitted,

BERNHARDT & ROTHERMEL, P.C.

Dated: December 8, 2004        By: _____
                                    Francis J. Bernhardt, III, Esquire

## ENTRY OF APPEARANCE

TO THE PROTHONOTARY:

Kindly enter my appearance on behalf of the Plaintiff in the above matter.

Respectfully submitted,

SULLIVAN & MCDERMOTT

Dated:                          By: _____
                                    Gerald P. Sullivan, Esquire

Bernhardt & Rothermel, P.C.
1515 Market Street • Suite 1540
Philadelphia, Pennsylvania 19102
(215) 568-0100