## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| John Rafferty<br>　　Plaintiff,<br>v.<br><br>Paige Harden<br>　　and<br>Augustus Denis<br>　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | NO. 04-12456-PBS |

### NOTICE OF APPEARANCE

Kindly enter my appearance on behalf the Plaintiff in the above matter.

Respectfully Submitted,

SULLIVAN & MCDERMOTT

DATED: December _23_, 2004

By: _Jeremiah P. Sullivan, Jr._
Jeremiah P. Sullivan, Jr., Esquire
Sullivan & McDermott
1990 Centre Street
West Roxbury, MA 02132
(617) 323-0213
BBO# 484640

## CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing document upon the Defendant's counsel of record, Elizabeth A. Shaw, Esq., Weston, Patrick, Willard, & Redding, 84 State Street, Boston, MA 02109-2299, by first class mail.

Dated: December 23 ,2004

Jeremiah P. Sullivan, Jr.
Sullivan and McDermott
1990 Centre Street
West Roxbury, MA 02132
Tel. No. (617) 323-0213
BBO#484640