

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: 04-12456-PBS

John Rafferty,
Plaintiff,

v.

Paige Harden, et al,
Defendants.

### ORDER OF DISMISSAL

SARIS, D.J.

      After a Scheduling Conference held by this Court on January 3, 2005, it is hereby ORDERED that the above-entitled action be and hereby is dismissed without prejudice subject to re-filing in state court.

Patti B. Saris
United States District Judge

January 3, 2005

To: All Counsel